|   |   |
|---|---|
| 1 | JODI LINKER |
|   | Federal Public Defender |
| 2 | Northern District of California |
|   | ANGELA M. HANSEN |
| 3 | Assistant Federal Public Defender |
|   | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
|   | Oakland, CA 94612 |
| 5 | Telephone: (510) 637-3500 |
|   | Facsimile: (510) 637-3507 |
| 6 | Email: Angela_Hansen@fd.org |

Counsel for Defendant SCRUGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:22–mj-71193 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING, EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, AND WAIVE TIME UNDER RULE 5.1** |
| v. |  |
| JOEY ANTHONY SCRUGGS, |  |
| Defendant. | Hearing Date: Nov. 30, 2022 |

The above-captioned matter is set on November 30, 2022, at 10:30 a.m., before this Honorable Court, for a status regarding preliminary hearing. The parties jointly request that the Court continue this matter to January 6, 2023. The government has produced discovery, which defense counsel is reviewing and needs to discuss with her client. In addition, the parties are discussing a pre-indictment resolution, and the requested continuance will enable those discussions by providing additional time for the defense to investigate and to process the discovery. Finally, Mr. Scruggs was transported from federal custody into Monterey County for a probation hold, and he will not be released until December 2, 2022.

For these reasons, the parties agree to continue this matter to January 6, 2023 for a status

1  hearing on the preliminary hearing or arraignment and to exclude time under the Speedy Trial Act
2  from November 30, 2022 to January 6, 2023 because the ends of justice served by the continuance
3  outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §
4  3161(h)(7)(A).  The parties further stipulate and agree that the failure to grant a continuance would
5  unreasonably deny the defendant and his counsel the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  In
7  addition, defense counsel represents that her client knowingly and voluntarily waives the time for
8  preliminary hearing under Federal Rule of Criminal Procedure 5.1 from November 30, 2022 to
9  January 6, 2023.

10  For these reasons, the parties request that the Court vacate the November 30, 2022 status
11  hearing and reset this case to January 6, 2023.  The parties further request that the Court find good
12  cause for extending the time limit for a preliminary hearing under Rule 5.1 and for extending the 30-
13  day time period for an indictment under the Speedy Trial Act as set forth above.  *See* Fed. R. Crim. P.
14  5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:      November 29, 2022

JODI LINKER
Federal Public Defender
Northern District of California

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated:      November 29, 2022

STEPHAINE HINDS
United States Attorney
Northern District of California

/S/
JARED BUSZIN
Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE AND TO EXCLUDE TIME
SCRUGGS, MJ 22–71193 MAG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOEY ANTHONY SCRUGGS,<br><br>  Defendant. | Case No.: 4:22–mj-71193 MAG<br><br>**ORDER TO CONTINUE STATUS HEARING, EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, AND WAIVE TIME UNDER RULE 5.1** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of November 30, 2022, is vacated and reset for a status regarding preliminary hearing or arraignment on January 6, 2023, at 10:30 a.m.

The Court further finds that the stipulation of the parties demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

Therefore, it is FURTHER ORDERED that the time period of November 30, 2022 to January 6, 2023 is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b), pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Furthermore, with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the preliminary hearing is continued based on the parties'

1 | showing of good cause to waive time under Federal Rule of Criminal Procedure 5.1.  Accordingly, IT
2 | IS HEREBY ORDERED THAT the waiver of time under Rule 5.1 is effective from November 30,
3 | 2022 to January 6, 2023.

6 |     IT IS SO ORDERED.

8 | Dated:    November 29, 2022

                                                  THE HONORABLE DONNA M. RYU
                                                United States Magistrate Judge

*IT IS SO ORDERED* — Judge Donna M. Ryu (seal of United States District Court, Northern District of California)